**UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
FORT WAYNE DIVISION**

Angela Warner

                        Plaintiff,

v.                                     Case No.: 1:15−cv−00401−RL−SLC

                                              Judge Rudy Lozano

National Credit Adjusters, LLC, et al.

                        Defendant.

## CLERK'S ENTRY OF DEFAULT

Default is hereby entered against defendant(s)

                National Credit Adjusters,LLC ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  April 21, 2016          Sincerely,

                                      ROBERT N. TRGOVICH, CLERK


                                       By:  s/  Karen D Schwenk
                                               Deputy Clerk